GORDON v. DILLINGHAM. (Circuit Court of Appeals, Fifth Circuit. February 25, 1908.) No. 1,672. Appeal from the Circuit Court of the United

States for the Southern District of Texas. W. D. Gordon, for appellant. Floyd McGown, L. G. Denman, and Thos. H. Franklin, for appellee. Before PARDEE, Circuit Judge, and NEWMAN, District Judge.

PER CURIAM. The decree appealed from is affirmed, on the authority of White v. Ewing, 159 U. S. 36, 15 Sup. Ct. 1018, 40 L. Ed. 67. See, also, Bottom v. Ry. B. & L. Ass'n (C. C.) 123 Fed. 745.